June 25, 1982.

447 A.2d 659

Ashekian, etc., Appellants v. Haverford Twnshp. Sch. Dist.

Argued December 7, 1981. Charles W. Proctor, III, for appellants; Edgar N. Persons, III, for appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.

447 A.2d 659

Burmylo, et ux., Appellants v. Sunset Memorial Park Co.

Argued March 8, 1982. Mary Scheuhing, for appellants; Andrew L. Braunfeld, for appellee.

Before CAVANAUGH, WICKERSHAM and CIRILLO, JJ.

The order of the lower court is affirmed.